OSBORN LAW, P.C.
Daniel A. Osborn, Esq. (Cal. Bar No. 132472)
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: (212) 725-9800
Facsimile: (212) 515-5000
Email: Dosborn@osbornlawpc.com

Attorney for Plaintiffs

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
MATTHEW J. SMOCK (Cal. Bar No. 293542)
JOHN C. KOREVEC (Cal. Bar No. 310157)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0397 / -7423
    Facsimile: (213) 894-7819
    E-mail: matthew.smock@usdoj.gov / john.korevec@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE CLAYTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, Postmaster General, UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No.: 2:24-cv-00759-CBM-BFM<br><br>**STIPULATION TO STAY CASE**<br><br>Complaint served: March 13, 2024<br>Current response date: July 26, 2024<br>Proposed response date: January 27, 2025<br><br>Hon. Consuelo B. Marshall<br>United States District Judge |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their undersigned counsel, as follows:

1. On January 27, 2024, Plaintiff filed the Complaint, asserting a putative class action claim for disparate impact discrimination under Title VII. ECF No. 1. The Complaint was served on or around March 13, 2024.

2. On April 15, 2024, the parties filed a stipulation pursuant to L.R. 8-3 to extend Defendant's deadline to respond to the Complaint from May 13, 2024, to June 12, 2024. ECF No. 12. On June 11, 2024, the parties filed a stipulation to extend Defendant's deadline to respond to the Complaint by an additional fourteen (14) days, from June 12, 2024, to June 26, 2024, because (1) undersigned defense counsel required additional time to review the Complaint with the agency and prepare a response; (2) the parties required additional time to complete their L.R. 7-3 conference on Defendant's anticipated motion to dismiss; and (3) the parties were exploring informal resolution of the Complaint. ECF No. 14. On June 12, 2024, the Court granted the extension. ECF No. 15.

3. On June 24, 2024, the parties agreed to extend Defendant's deadline by an additional thirty (30) days, from June 26, 2024, to July 26, 2024, because they were continuing to explore informal resolution and wanted additional time to exchange information for that purpose. ECF No. 16. On June 26, 2024, the Court granted the extension. ECF No. 17

4. The parties have continued their meet and confer efforts, and recently discovered that potential policy changes are forthcoming. These changes may assist the parties in their settlement efforts, as they may limit or eliminate the issues in dispute in this litigation. The parties agree it would be most efficient and preserve the parties' and the Court's time and resources, to stay the case while the anticipated policy changes are finalized, rather than proceed with litigation at this time.

WHEREFORE, for the foregoing reasons and subject to Court approval, the

parties agree that the case should be stayed for six months, and that Defendant's deadline to respond to the Complaint should be extended to January 27, 2025. A proposed order consistent with this request is attached hereto.

Dated:  July 26, 2024						OSBORN LAW, P.C.

							 /s/ Daniel A. Osborn
							DANIEL A. OSBORN, ESQ.

							Attorney for Plaintiffs

Dated:  July 26, 2024						E. MARTIN ESTRADA
							United States Attorney
							DAVID M. HARRIS
							Assistant United States Attorney
							Chief, Civil Division
							JOANNE S. OSINOFF
							Assistant United States Attorney
							Chief, Complex and Defensive Litigation Section


							 /s/ John C. Korevec*
							MATTHEW J. SMOCK
							JOHN C. KOREVEC
							Assistant United States Attorneys

							Attorneys for Defendant

---

*\* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

2