UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE CLAYTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, Postmaster General, UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No.: 2:24-cv-00759-CBM-BFMx<br><br>**ORDER RE STIPULATION TO STAY CASE [18]** |

The Court, having considered the parties' Stipulation to Stay Case, and good cause appearing therefore, HEREBY ORDERS that the case will be stayed until January 27, 2025. Defendant's deadline to respond to the Complaint is likewise extended to January 27, 2025. The parties are ordered to file a status report in this case no later than **October 25, 2024**.

Dated: JULY 29, 2024

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE