1    OSBORN LAW, P.C.
     Daniel A. Osborn, Esq. (Cal. Bar No. 132472)
2    43 West 43rd Street, Suite 131
     New York, New York 10036
3    Telephone: (212) 725-9800
     Facsimile: (212) 515-5000
4    Email: Dosborn@osbornlawpc.com

5    Attorney for Plaintiffs

6    E. MARTIN ESTRADA
     United States Attorney
7    DAVID M. HARRIS
     Assistant United States Attorney
8    Chief, Civil Division
     JOANNE S. OSINOFF
9    Assistant United States Attorney
     Chief, Complex and Defensive Litigation Section
10   MATTHEW J. SMOCK (Cal. Bar No. 293542)
     JOHN C. KOREVEC (Cal. Bar No. 310157)
11   Assistant United States Attorneys
           Federal Building, Suite 7516
12         300 North Los Angeles Street
           Los Angeles, California 90012
13         Telephone: (213) 894-0397 / -7423
           Facsimile: (213) 894-7819
14         E-mail: matthew.smock@usdoj.gov / john.korevec@usdoj.gov

15   Attorneys for Defendant

16                   UNITED STATES DISTRICT COURT

17            FOR THE CENTRAL DISTRICT OF CALIFORNIA

18

19   ADRIANNE CLAYTON, individually          Case No.: 2:24-cv-00759-CBM-BFM
     and on behalf of all others similarly
     situated,
20                                            **JOINT STATUS REPORT**
                   Plaintiff,
21                                            Complaint served: March 13, 2024
                   v.                         Current response date: January 27, 2025
22
     LOUIS DEJOY, Postmaster General,         Hon. Consuelo B. Marshall
23   UNITED STATES POSTAL SERVICE,            United States District Judge

24                 Defendant.

25

26

27

28

1   Pursuant to the Court's July 29, 2024 Order (Dkt. 19), the parties submit the

2   following joint status report:

3   On or around June 7, 2024, Defendant shared with Plaintiff a draft update to the

4   portion of the U.S. Postal Inspection Service Manual that concerns the policy challenged

5   in this action.  That draft update, which is part of a broader revision to the Manual, is

6   being finalized with the goal of sending Article 19 notice to the Postal Inspection

7   Service's collective bargaining unit by the end of the calendar year.  It is hoped that the

8   proposed policy update will be finalized shortly after that.  Therefore, the parties agree

9   that the stay should remain in place until January 27, 2025, and that Defendant's

10   deadline to respond to the Complaint should remain January 27, 2025.

11

12   Dated:  October 24, 2024          E. MARTIN ESTRADA
                                       United States Attorney
13                                     DAVID M. HARRIS
                                       Assistant United States Attorney
14                                     Chief, Civil Division
                                       JOANNE S. OSINOFF
15                                     Assistant United States Attorney
                                       Chief, Complex and Defensive Litigation
16                                     Section

17

18                                      /s/ Matthew J. Smock[1]
                                       MATTHEW J. SMOCK
19                                     JOHN C. KOREVEC
                                       Assistant United States Attorneys
20
                                       Attorneys for Defendant
21

22

23

24

25

26

27   [1] Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and
     on whose behalf the filing is submitted, concur in the filing's content and have
28   authorized the filing.

1

1

Dated:  October 24, 2024          OSBORN LAW, P.C.

2

3

          */s/ Daniel A. Osborn*
          DANIEL A. OSBORN, ESQ.

4

          Attorney for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28