UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-00759-CBM-BFM | Date | September 19, 2025 |
|---|---|---|---|

| Title | *Adrianne Clayton v. Louis Dejoy, Postmaster General* |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    **IN CHAMBERS- ORDER TO SHOW CAUSE**

On September 10, 2025, the Court held a hearing on the parties' "Stipulation for Order to Extend Stay." (Dkt. No. 27 (the "Stipulation").)  Plaintiff's counsel did not appear at the hearing. During the hearing, Defendant's counsel stated that any resolution or progression of the case has been delayed, in part, due to Plaintiff's counsel no longer being barred within the State of California as of July 2025. At the time that Plaintiff's counsel signed the Stipulation and requested to appear remotely before the Court he was ineligible to practice law in the state of California. *See* CALIFORNIA STATE BAR WEBSITE: Attorney Profile Daniel Adam Osborn #132472, available at https://apps.calbar.ca.gov/attorney/Licensee/Detail/132472 (last accessed September 15, 2025). To date, Plaintiff's counsel has not notified the Court of his suspended status from the practice of law in California. With no local counsel, no pro hac vice application submitted, and no license to practice law in the state, Plaintiff's counsel cannot represent his client.

Plaintiff's counsel is hereby ordered to show cause no later than September 22, 2025 as to why he did not appear remotely as requested, why he should be permitted to proceed on this case when he is currently not admitted to practice law in the State of California; and why sanctions should not be imposed.

**IT IS SO ORDERED.**