**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-00759-CBM-BFM | Date | June 16, 2026 |
| Title | *Adrianne Clayton v. Louis Dejoy* | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| V.R. VALLERY | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The matter before the Court is Plaintiff's Counsel Daniel Osborn's "Motion for Leave to Withdraw as Counsel." (Dkt. No. 45 (the "Motion).) As of the date of this Order, no opposition has been filed. The Court read and considered the Motion and deemed the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7-15. Accordingly, the hearing on the Motion set for June 16, 2026 is **VACATED**.

On May 18, 2026, Mr. Osborn filed the instant Motion stating that due to a "serious medical condition," he is unable to continue to represent Ms. Clayton in the action as his condition "substantially impairs" his ability to meet the professional obligations required to continue the representation. (Osborn Decl. ¶3.) Mr. Osborn also states that Ms. Clayton has been informed of his intent to withdraw as counsel through both telephonic communication and written correspondence, and that withdrawal can be accomplished without undue prejudice to Ms. Clayton or undue delay in the proceedings. (*Id.* ¶¶ 6-7.)

On May 15, 2026, the Court issued its Order granting Defendant's Motion to Dismiss. (Dkt. No. 44.) The Court ordered that Plaintiff file an amended complaint, if any, no later than June 15, 2026 and that failure to file an amended complaint by June 15, 2026 shall result in dismissal of the action with prejudice. (*Id.*) As of the date of this Order, no amended complaint has been filed.

Accordingly, the Motion is **GRANTED** and the matter is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

00 :